UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANN TONEY,

      Plaintiff,

v.

WEBER AND OLCESE, PLC,
JEFFREY WEBER, MICHAEL
OLCESE, ROBERT J. REZNICK,
and DUE PROCESS OF MICHIGAN,

      Defendants.
_____/

Case No. 09-cv-14758

Paul D. Borman
United States District Judge

Virginia M. Morgan
United States Magistrate Judge

OPINION AND ORDER (1) ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (DKT. NO. 31) AND (2) GRANTING DEFENDANTS WEBER AND OLCESE, PLC, JEFFREY WEBER AND MICHAEL OLCESE'S MOTION TO DISMISS (DKT. NO. 26)

Before the Court is Magistrate Judge Virginia M. Morgan's November 15, 2010 Report and Recommendation Dismissing Defendants Weber and Olcese, PLC, Jeffrey Weber and Michael Olcese. (Dkt. No. 31.)

Having reviewed that Report and Recommendation, and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court ADOPTS the Magistrate Judge's Report and Recommendation and GRANTS Defendants Weber and Olcese, PLC, Jeffrey Weber and Michael Olcese's Motion to Dismiss as a Sanction for Failure to Comply With Discovery Order (Dkt. No. 26.)

The Court notes that Defendants Robert J. Reznick and Due Process of Michigan were not included in the motion to dismiss and Plaintiff's claims against those Defendants remain.

IT IS SO ORDERED.

                                        S/Paul D. Borman
                                        PAUL D. BORMAN
                                        UNITED STATES DISTRICT JUDGE

Dated: December 22, 2010

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on December 22, 2010.

                                        S/Denise Goodine
                                        Case Manager